SCATA HEATING AND COOLING CORPORATION *v.* JOHN
TAMBURRO

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Sebastian J. Russo,* in support of the petition.

*Valdis Vinkels,* in opposition.

Submitted March 4—decided March 20, 1974

THOMAS STROGOFF *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's "Petition for Writ of Mandamus" is dismissed. See *Huggins* v. *Mulvey,* 160 Conn. 559, 560, 280 A.2d 364, and *Ansonia Water Co.'s Application,* 80 Conn. 326, 327, 68 A. 378.

*Thomas Strogoff,* pro se, in support of the petition.

Submitted March 5—decided March 20, 1974

HOUSATONIC TERMINAL CORPORATION ET AL. *v.*
PLANNING AND ZONING BOARD OF THE
CITY OF MILFORD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is granted.

*Edgar W. Bassick III,* in support of the petition.